UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA          :
                                  :
                                  :   Docket: 22 Cr. 273 [JSR]
                                  :
v.                                :
                                  :
VITALIY BORKER                    :
                                  :
                Defendant.        :

------------------------------------------------------------ x

NOW, THEREFORE, it is hereby ORDERED as follows:

The Government shall provide the Westchester Department of Corrections with a computer pre-loaded with Defendant's discovery for this matter. Defendant shall have reasonable access to this computer subject to the rules of the Westchester Department of Corrections so as not to interfere with the proper administration of the penal facility.

DATED: June 8, 2022

New York, NY

ORDERED

_____
Hon. Jed S. Rakoff

1