UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

v.                                                                                              **22 Cr. 273 (JSR)**

**NOTICE OF MOTION**

**VITALY BORKER,**
**Defendant.**

---

PLEASE TAKE NOTICE that based upon the Memorandum of Law, dated July 29, 2022, the Exhibits to the Memorandum, Defendant Vitaly Borker shall move before the Court at a time to be determined for an order:

1. Dismissing the Aggravated Identify Theft Charge

2. Suppressing evidence acquire during search warrants along with its fruits;

3. Dismissing the mail fraud and wire fraud counts based upon the Double Jeopardy Clause of the Constitution; acquire during search warrants along with its fruits;

4. Directing a Hearing to Determine whether the Indictment should be dismissed;

5. Suppressing statements made by Defendant to Probation Officers and to representatives of the Government;

6. Directing a Bench trial / Bill of Particulars

7. For such other relief that the Court feels justified.

*An Oral Argument date has not been set by the Court.

*Leo Shalit*_____

Leo Shalit Esq.
45 Glen Cove Road, 2nd Fl
Greenvale, New York 11548
833-742-5481
Leo@Shalit-Law.Com