UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                                **ECF CASE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) **FOR ELECTRONIC NOTIFICATION** |
| | ) **22 Cr. 273 (JSR)** |
| VITALY BORKER | ) |
| | ) |
|     Defendant. | ) |

TO:    Clerk of Court
           United States District Court
           Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney for the
                                              Southern District of New York

                        by: _____

                                              Jeffrey W. Coyle
                                              Assistant United States Attorney
                                              (212) 637-2437