

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2022

**BY EMAIL**
Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Vitaly Borker*, 22 Cr 273 (JSR)

Dear Judge Rakoff:

    As the Court is aware, on October 18, 2022, the defendant sent a letter to the Court via email, *inter alia*, "alerting the Court to a potential *Curcio* issue in connection with a potential trial witness for the Government." Defense counsel separately informed the Government that the anticipated trial witness, the defendant's mother, has paid counsel's legal fees in this matter. The Government does not intend to call the defendant's mother as a witness at trial. Consequently, the parties jointly agree that the potential conflict of interest regarding the *Curcio* issue raised in the defendant's October 18 letter is mooted.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Jeffrey W. Coyle
    Assistant United States Attorney
    (212) 637-2437

Cc: Leo Shalit, Esq. (by Email)