**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2022

**BY EMAIL**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-26-2022
```

Re:   *United States v. Vitaly Borker*, 22 Cr 273 (JSR)

Dear Judge Lehrburger:

The Government writes at the request of the Court to confirm the appointment of counsel in the above-captioned matter. As the Court is aware, the defendant was previously represented by Leo Shalit, Esq. On October 21, 2022, Judge Rakoff granted Mr. Shalit's motion to withdraw as counsel. On October 25, 2022, Judge Rakoff instructed that Glen Kopp, Esq., be appointed counsel for Mr. Borker. The Government therefore requests that Mr. Kopp be appointed counsel for Mr. Borker *nunc pro tunc* to October 25, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Matthew Weinberg
Assistant United States Attorney
(212) 637-2386

Cc (by email):   Hon. Jed S. Rakoff
Glen Kopp, Esq.
Leo Shalit, Esq.

So ordered.
(nunc pro tunc)
to Oct. 25, 2022

**So Ordered:**   _____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
10/26/2022